Name: Kevin Scott Charley
Prison Number: 267402H132 / 397725
Place of confinement: Anchorage Correctional Complex East
Mailing address: 1400 East 4th Avenue
City, State, Zip: Anchorage, Alaska. 99501
Telephone: 907-406-9070

RECEIVED
JAN 10 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Kevin Scott Charley,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Sharon Gleason,
U.S. Dept. of Justice,
U.S. Dept. of Law,
(Enter full names of defendant(s) in this action. Do NOT use et al.)

Defendant(s).

Case No. 3:25-CV-00005-SLG
(To be supplied by Court)

**PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. **Plaintiff**: This complaint alleges that the civil rights of Kevin Scott Charley, (print your name) who presently resides at 1400 East 4th Avenue, (mailing address or place of confinement) were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __SHARON GLEASON__ (name) is a citizen of __AK__ (state), and is employed as a __MAGISTRATE JUDGE__ (defendant's government position/title).

(✓) This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __United States Dept. of Justice__ (name) is a citizen of __Washington D.C.__ (state), and is employed as a __U.S. Dept. of Justice__ (defendant's government position/title).

(✓) This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __United States Dept. of Law__ (name) is a citizen of __Washington D.C.__ (state), and is employed as a __U.S. Dept. of Law__ (defendant's government position/title).

(✓) This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about 10/2024 (Date), my civil right to Access The Courts (Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.) was violated by Sharon Gleason (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Sharon Gleason dismissed my writ of Mandamus. And she has failed to file a criminal compliants on my behalf concerning a several capital crimes concerning the Security & Defense of the United States of America.

Claim 2: On or about _____2024_____, my civil right to
                              (Date)
__Access to the Courts__
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by __U.S. Department of Law__
                 (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Failed to file criminal complaint via Title 18 U.S. Patriot Act (I) 2001 via malicious officer conduct. Not filing a complaint as requested.

Claim 3: On or about 2024 (Date), my civil right to Access to the Courts (Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.) was violated by United States Department of Justice (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

FAILED TO FILE CRIMINAL COMPLIANT AS REQUESTED X 2.

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _X_ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes _X_ No

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
PS01, Nov. 2013

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** ____ Yes ____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

Case 3:25-cv-00005-SLG   Document 1   Filed 01/10/25   Page 7 of 9

Prisoner § 1983 - 7
PS01, Nov. 2013

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 241 TRILLION U.S. MINT

2. Punitive damages in the amount of $ 333 TRILLION U.S. MINT.

3. An order requiring defendant(s) to _____

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury.  __X__ Yes  ____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at ANCHORAGE ALASKA on 01/03/2025
       (Location)                          (Date)

_____
(Plaintiff's Signature)

_____      _____
Original Signature of Attorney (if any)      (Date)

_____
_____
_____
Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

Kevin Scott Charley #397725
ANCHORAGE CORRECTIONAL COMPLEX EAST
1400 EAST 4TH AVENUE
ANCHORAGE, ALASKA. 99501



**LEGAL & CONFIDENTIAL**

**Anchorage Correctional Complex**
This mail was sent by an inmate at an Alaska jail. Please do not send cash in the mail.

**LEGAL & CONFIDENTIAL**

United States District Crt.
District of ALASKA
CLERK OF COURT
222 W. 7TH AVENUE #4
ANCHORAGE, AK.

99513-7564